No. 72–804. RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 409 U. S. 1124.] Motion of the State of Michigan for additional time and for leave to present oral argument as *amicus curiae* denied. MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would grant the motion.

No. 72–6033. PEDROSA v. ELROD, SHERIFF, ET AL.;
No. 72–6227. HAWKINS v. WYOMING ET AL.;
No. 72–6249. MUHAMMAD v. UNITED STATES;
No. 72–6269. CROW v. ARIZONA ET AL.; and
No. 72–6292. TURNER v. McCARTHY, MEN'S COLONY SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–1111. POKRANDT ET AL. v. VAN DUSEN, U. S. CIRCUIT JUDGE. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 72–5704. CHRISTIAN ET AL. v. NEW YORK STATE DEPARTMENT OF LABOR, DIVISION OF EMPLOYMENT, ET AL. Appeal from D. C. S. D. N. Y. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 72–1154. FOLEY ET AL. v. BLAIR & CO., INC., ET AL. C. A. 2d Cir. Certiorari granted.

No. 72–1076. HUDDLESTON v. UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition and certiorari granted.

No. 72–824. BOARD OF EDUCATION OF THE CITY OF PLEASANT GROVE v. STOUT ET AL. C. A. 5th Cir. Certiorari denied.